IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**

NOV 2 4 2008

Phil Lombardi, Clerk
U.S. DISTRICT COURT

(1) RONALD DUNTON, )
Individually and on behalf of )
MICHAEL EIGHINGER, )
JEREMY SORRELL, and )
SHANE SORRELL, )
 )
      Plaintiffs, )
 )
vs. )   Case No: 08-CV-645-GKF-SAJ
 )
(2) PACCAR, INC., d/b/a PETERBILT, )
MOTORS COMPANY, (3) CUMMINS, INC., )
d/b/a CUMMINS ENGINE COMPANY, INC., )
and (4) OKLAHOMA TURNPIKE )
AUTHORITY, )
 )
      Defendants. )

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Tom Lane, a member of the bar of this Court in good standing, and hereby moves for the admission *pro hac vice* of STEVE GARNER, a member of the bar of the State of Missouri, for the purpose of this case only.

In support of such motion, movant states that he, as well as the visiting attorney, have read the rules of this Court concerning admissions *pro hac vice* and will abide by them. Further, a Request for Admission Pro Hac Vice of the individual seeking to be admitted *pro hac vice* is attached.

Respectfully submitted,

TOM C. LANE, SR. AND
ASSOCIATES

By: /s/ Tom C. Lane
Tom Lane, OBA #12746
107 E. Dewey
P.O. Box 384
Sapulpa, Oklahoma 74067
918-224-1982
918-224-5752 (fax)
tom@argumentor.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was forwarded to counsel of record by (X) U.S. Mail ( ) Facsimile ( ) Overnight delivery ( ) Hand delivery ( ) Electronic means as prescribed by law, this 21st th day of **November, 2008:**

J.A. Felton
Mara Halpart Cohara
Lathrop & Gage
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108-2684
**Attorneys for Cummins**

Rodney L. Cook
Justin Derrick Teague
Linda G. Kaufmann
Jennings Cook & Teague
204 N. Robinson
Suite 1000
Oklahoma City, OK 73102
405-609-6000
405-609-6501 (fax)
**rlc@jchlaw.com**
**jdt@jchlaw.com**
**lgk@jchlaw.com**
*Attorneys for PACCAR, Inc.*

George Mullican
Gibbs, Armstrong, Borochoff,
Mullican & Hart, P.C.
500 Petroleum Club Building
601 South Boulder
Tulsa, OK 74119
**gmullican@tulsacounsel.com**
*Attorneys for Defendant*

 

                                       **TOM C. LANE, SR. AND**
                                       **ASSOCIATES**

                                       */s/ Tom C. Lane*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Donald Dunton, Individually, and on behalf of
Michale Eighinger, Jeremy Sorrell and
Shane Sorrell
        Plaintiff(s)

vs.                                                         Case Number:   4:08-CV-645-GKF-SAJ

PACCAR, Inc., d/b/a Peterbilt Motors Company,
Cummings, Inc., d/b/a Cummins Engine Company,
and
Oklahoma Turnpike Authority
        Defendant(s)

### REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full    Steve Brett Garner

2. State bar membership number: 35899

3. Business address, telephone and fax numbers: Strong, Garner, Bauer, P.C. 415 E. Chestnut Expressway, Springfield, MO 65802 (817) 887-4300 fax: (417) 887-4385

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: Missouri, admission 1986

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes  ☒ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes  ☒ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☒ Yes  ☐ No

*Signature*

| | |
|---|---|
| Steve Garner | 35899 |
| Printed Name | Bar Number |
| Strong, Garner, Bauer, P.C. | |
| Firm Name | |
| 415 E. Chestnut Expressway | |
| Address | |
| Springfield | MO   65802 |
| City | State   ZIP |
| (417) 887-4300 | (417) 887-4385 |
| Phone | Fax |
| sgarner@stronglaw.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on *November 21, 2008* (Date), I served the same document by

[X] U.S. Postal Service     [ ] In Person Delivery
[ ] Courier Service         [ ] E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing document was forwarded to counsel of record by ( ) U.S. Mail ( ) Facsimile ( ) Overnight delivery ( ) Hand delivery ( ) Electronic means as prescribed by law, this 21th day of **November, 2008:**

| | |
|---|---|
| J.A. Felton<br>Mara Halpart Cohara<br>Lathrop & Gage<br>2345 Grand Boulevard<br>Suite 2800<br>Kansas City, MO 64108-2684<br>**Attorneys for Cummins** | Rodney L. Cook<br>Justin Derrick Teague<br>Linda G. Kaufmann<br>Jennings Cook & Teague<br>204 N. Robinson<br>Suite 1000<br>Oklahoma City, OK 73102<br>405-609-6000<br>405-609-6501 (fax)<br>**rlc@jchlaw.com**<br>**jdt@jchlaw.com**<br>**lgk@jchlaw.com**<br>*Attorneys for PACCAR, Inc.* |
| George Mullican<br>Gibbs, Armstrong, Borochoff,<br>Mullican & Hart, P.C.<br>500 Petroleum Club Building<br>601 South Boulder<br>Tulsa, OK 74119<br>**gmullican@tulsacounsel.com**<br>*Attorneys for Defendant* | |

                **TOM C. LANE, SR. AND**
                **ASSOCIATES**

                *Tom C.S.*